JORDAN P. SCHNITZER, ESQ.
Nevada Bar No. 10744
THE SCHNITZER LAW FIRM
9205 W. Russell Road, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 960-4050
Facsimile: (702) 960-4092
Jordan@TheSchnitzerLawFirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>Defendants. | Case No.: 2:19-cv-02017-JAD-DJA<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RULE 37 SANCTIONS [ECF 41]** |

COMES NOW, Plaintiff, VICTOR SANCHEZ ("Sanchez"), by and through his counsel of record, The Schnitzer Law Firm and the Law Firm, and Defendant, ALBERTSON'S LLC ("Albertsons") by and through its counsel of record the law firm Backus, Carranza & Burden, hereby submit their Stipulation and Order to Extend the briefing deadlines to Defendant's Motion for Rule 37 Sanctions (the "Motion") [ECF 41].

WHEREAS, on June 28, 2021, Albertson filed the Motion;

WHEREAS, Sanchez's Response to the Motion is currently due on July 12, 2021, and Albertsons' Reply to the Motion is due on July 19, 2021;

WHEREAS, Sanchez requests additional time to prepare its Response to the Motion, and Albertsons therefore agree that additional time is necessary to prepare the Reply;

WHEREAS, the Parties agree that Sanchez may have an extension of time until July 19, 2021 to Respond to the Motion;

WHEREAS, the Parties further agree that Albertsons may have a corresponding additional extension of time until July 26, 2021 to file a Reply to the Response to the Motion;

1

WHEREAS, Plaintiff and Defendant agree that this extension will serve the interests of the parties and judicial economy;

WHEREAS, this stipulation is not made for the purpose of delay or obstruction but is made in good faith, and the extension will not result in prejudice to any party.

THEREFORE, IT IS HEREBY STIPULATED that:

1. Plaintiff, Sanchez's Response to the Motion shall be extended to July 19, 2021.

2. Defendant, Albertson's Reply shall also be extended until July 26, 2021.

| THE SCHNITZER LAW FIRM | BACKUS, CARRANZA & BURDEN |
|---|---|
| DATED this 12 day of July 2021 | DATED this 12 day of July 2021. |
| BY: /s/ Jordan P. Schnitzer, Esq.<br>JORDAN P. SCHNITZER, ESQ.<br>Nevada Bar No. 10744<br>9205 W. Russell Road, Suite 240<br>3050 S. Durango Drive<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | BY: /s/ Jack P. Burden, Esq.<br>JACK P. BURDEN, ESQ.<br>Nevada Bar No. 6918<br>JACQUELYN FRANCO, ESQ.<br>Nevada Bar No. 13484<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Albertson's LLC* |

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of July 2021.

_____
UNITED STATES MAGISTRATE JUDGE

RE: Sanchez v. Albertsons SAO to Extend Briefing on Motion for Rule 37 Sanctions [ECF 41]

Jack Burden <jackburden@backuslaw.com>

Mon 7/12/2021 4:44 PM

**To:** Melisa Gabhart <Melisa@TheSchnitzerLawFirm.com>; Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>; Katri Ching <kching@backuslaw.com>

You can use my e signature


Jack P. Burden, Esq.
BACKUS, CARRANZA & BURDEN
3050 S. DURANGO DRIVE
LAS VEGAS, NV 89117
(702)-872-5555 (228), Fax 702-872-5545


**From:** Melisa Gabhart
**Sent:** Monday, July 12, 2021 4:27 PM
**To:** Jack Burden <jackburden@backuslaw.com>; Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>; Katri Ching <kching@backuslaw.com>
**Subject:** Re: Sanchez v. Albertsons SAO to Extend Briefing on Motion for Rule 37 Sanctions [ECF 41]
**Importance:** High

Hello-

Following up on this, can you please advise?

Sincerely,

*Melisa Gabhart*

Paralegal to Jordan P. Schnitzer, Esq.



TheSchnitzerLawFirm.com

Tel 702.960.4050 | Fax 702.960.4092
Email Melisa@TheSchnitzerLawFirm.com

9205 West Russell Road | Suite 240 | Las Vegas, Nevada 89148


This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee. If you are not the intended recipient, please contact me so that any mistake in transmission can be corrected and then delete the message and any attachments from your system. Thank you.

**From:** Melisa Gabhart
**Sent:** Monday, July 12, 2021 12:03 PM
**To:** Jack Burden <jackburden@backuslaw.com>; Jacquelyn Franco <jacquelynfranco@backuslaw.com>
**Cc:** Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>
**Subject:** Sanchez v. Albertsons SAO to Extend Briefing on Motion for Rule 37 Sanctions [ECF 41]

Good Afternoon-

Attached is the SAO to extending briefing on Motion for Rule 37 Sanctions [ECF 41] in the above-referenced case.

If you agree as to form and content, please grant permission for the use of your e-signature and we will get it submitted to the Court.

Sincerely,

*Melisa Gabhart*
Paralegal to Jordan P. Schnitzer, Esq.



TheSchnitzerLawFirm.com

Tel 702.960.4050 | Fax 702.960.4092

Email Melisa@TheSchnitzerLawFirm.com

9205 West Russell Road | Suite 240 | Las Vegas, Nevada 89148

This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee. If you are not the intended recipient, please contact me so that any mistake in transmission can be corrected and then delete the message and any attachments from your system. Thank you.