1  JORDAN P. SCHNITZER, ESQ.
   Nevada Bar No. 10744
2  THE SCHNITZER LAW FIRM
   9205 W. Russell Road, Suite 240
3  Las Vegas, Nevada 89148
   Telephone:  (702) 960-4050
4  Facsimile:   (702) 960-4092
   Jordan@TheSchnitzerLawFirm.com
5  *Attorney for Plaintiff*

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8  VICTOR SANCHEZ,

9                 Plaintiff,                    Case No.:   2:19-cv-02017-JAD-DJA

10 vs.                                          **[PROPOSED] STIPULATION AND**
                                                **ORDER TO EXTEND BRIEFING**
11 ALBERTSON'S LLC, a foreign limited liability **SCHEDULE ON DEFENDANT'S,**
12 company; DOES 1 through 100; and ROE         **SECOND MOTION FOR RULE 37**
   CORPORATIONS 101 through 200,                **SANCTIONS [ECF 51]**
13
14                Defendants.

15        COMES NOW, Plaintiff, VICTOR SANCHEZ ("Sanchez"), by and through his counsel

16 of record, The Schnitzer Law Firm and the Law Firm, and Defendant, ALBERTSON'S LLC

17 ("Albertsons") by and through its counsel of record the law firm Backus, Carranza & Burden,

18 hereby submit their Stipulation and Order to Extend the briefing deadlines to Defendant's Second

19 Motion for Rule 37 Sanctions (the "Motion") [ECF 51].

20        WHEREAS, on October 25, 2021, Albertson filed the Motion;

21        WHEREAS, Sanchez's Response to the Motion is currently due on November 8, 2021,

22 and Albertsons' Reply to the Motion is due on November 15, 2021;

23        WHEREAS, Sanchez requests additional time to prepare its Response to the Motion, and

24 Albertsons therefore agree that additional time is necessary to prepare the Reply;

25        WHEREAS, the Parties agree that Sanchez may have an extension of time until November

26 18, 2021 to Respond to the Motion;

27        WHEREAS, the Parties further agree that Albertsons may have a corresponding additional

28 extension of time until November 29, 2021 to file a Reply to the Response to the Motion;

                                      1

WHEREAS, Plaintiff and Defendant agree that this extension will serve the interests of the parties and judicial economy;

WHEREAS, this stipulation is not made for the purpose of delay or obstruction but is made in good faith, and the extension will not result in prejudice to any party.

THEREFORE, IT IS HEREBY STIPULATED that:

1. Plaintiff, Sanchez's Response to the Motion shall be extended to November 18, 2021.

2. Defendant, Albertson's Reply shall also be extended until November 29, 2021.

THE SCHNITZER LAW FIRM                     BACKUS, CARRANZA & BURDEN

DATED this __8__ day of November 2021      DATED this __8__ day of November 2021.

BY: /s/ Jordan P. Schnitzer, Esq.          BY: /s/ Jacquelyn Franco, Esq.
JORDAN P. SCHNITZER, ESQ.                  JACK P. BURDEN, ESQ.
Nevada Bar No. 10744                       Nevada Bar No. 6918
9205 W. Russell Road, Suite 240            JACQUELYN FRANCO, ESQ.
3050 S. Durango Drive                      Nevada Bar No. 13484
Las Vegas, Nevada 89148                    Las Vegas, NV 89117
*Attorneys for Plaintiff*                  *Attorneys for Defendant, Albertson's LLC*

## ORDER

IT IS SO ORDERED.

DATED this 9th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2