Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>          Defendant. | Case No.   2:19-cv-02017-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR MEET AND CONFER PURSUANT TO DOC 73** |

Defendant Albertson's LLC ("Albertsons"), by and through its counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law firm BACKUS, CARRANZA & BURDEN, and Plaintiff Victor Sanchez ("Sanchez"), by and through his counsel of record, Jordan P. Schnitzer, Esq. of The Schnitzer Law Firm, hereby stipulate as follows:

1.      Pursuant to this Court's Order [ECF No. 73] the parties are directed to meet and confer to discuss the reasonable expenses and attorneys' fees incurred in bringing Defendant's Second Motion for Sanctions [ECF No. 51].

2.      Plaintiff's counsel is completing a jury trial and the parties have not been able to meet and confer.

3.      Because of counsel's ongoing trial, the parties agree to meet and confer by Thursday, April 7, 2022.

1

4. If an agreement cannot be reached regarding the reasonable expenses and attorneys' fees, Defendant's counsel will file an affidavit of the expenses and fees no later than Monday, April 11, 2022.

5. If an affidavit is filed, response and reply briefs shall be due in the ordinary course.

| | |
|---|---|
| THE SCHNITZER LAW FIRM | BACKUS, CARRANZA & BURDEN |
| DATED this __31st__ day of March 2022 | DATED this __31st__ day of March 2022. |
| BY:*/s/ Jordan Schnitzer*_____<br>JORDAN P. SCHNITZER, ESQ.<br>Nevada Bar No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | BY:*/s/ Jack P. Burden*_____<br>JACK P. BURDEN, ESQ.<br>Nevada Bar No. 6918<br>JACQUELYN FRANCO, ESQ.<br>Nevada Bar No. 13484<br>3050 S. Durango Drive<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Albertson's LLC* |

**ORDER**

IT IS SO ORDERED.

DATED: this  1st  day of  April , 2022.

_____
UNITED STATES MAGISTRATE JUDGE