Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>　　　　　　　　　Defendant. | Case No.   2:19-cv-02017-JAD-DJA<br><br>**STIPULATION / REQUEST TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

Upon agreement between Plaintiff VICTOR SANCHEZ, by and through his counsel of record Jordan Schnitzer, Esq. of The Schnitzer Law Firm and Defendant ALBERTSON'S LLC, by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of Backus, Carranza & Burden, the parties hereby respectfully request, stipulate, and agree to continue the Settlement Conference, currently set for September 13, 2022 at 10:00 AM. [EFC No. 89].

The Parties make this timely Request for two reasons. First, Defendant (and its representative) is unavailable in September because Defendant will be in trial in Pima County, Arizona.[1] Second, Plaintiff's counsel has a trial in the beginning in October.

. . . .

. . . .

. . . .

---

[1] *Ed Cain and Margaret Cain v. Safeway, Inc.*, Case Number C20181292.

1

The Parties have met and conferred and present the following dates to the Court as options to reset the settlement conference:

>Tuesday, November 1, 2022
>Wednesday, November 2, 2022
>Thursday, November 3, 2022

WHEREFORE, the parties respectfully request that the Court GRANT this Stipulation / Request to the Settlement Conference.

| | |
|---|---|
| DATED: September 2, 2022 **BACKUS, CARRANZA & BURDEN** | DATED: September 2, 2022 **THE SCHNITZER LAW FIRM** |
| */s/ Jacquelyn Franco* <br> Jack P. Burden, Esq. <br> Jacquelyn Franco, Esq. <br> 3050 South Durango Drive <br> Las Vegas, NV 89117 <br> Attorneys for Defendant <br> *Albertson's LLC* | */s/ Jordan Sanhez* <br> Jordan P. Schnitzer, Esq. <br> 9205 W. Russell Rd. Suite 240 <br> Las Vegas, NV 89148 <br> Attorneys for Plaintiff <br> *Victor Sanchez* |

### ORDER

**IT IS SO ORDERED.** The Settlement Conference currently scheduled for September 13, 2022 is VACATED and RESET for **Thursday, November 3, 2022** at **10:00 a.m.**

**IT IS FURTHER ORDERED** that the written settlement statements must be submitted by Noon on Thursday, October 27, 2022.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 89) shall remain in effect.

DATED:  September 7, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE