Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Melissa J. Roose, Esq.
Nevada State Bar No. 7889
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
MelissaRoose@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>                       Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>                       Defendant. | Case No.  2:19-cv-02017-JAD-VCF<br><br>~~PROPOSED~~ **STIPULATION TO EXTEND THE DEADLINE FOR FILING OF THE JOINT-PRE TRIAL ORDER** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the deadline for filing of the Joint Pre-Trial Order be continued for a period of four (4) days, up to and including December 9, 2022. In support of this stipulation, the parties state as follows:

*Pursuant to LR IA 6-1, the parties hereby aver that this is the first such discovery extension requested for the purpose of extending the deadline of the Joint Pre-Trial Order. The parties have entered eight previously granted proposed stipulations to extend discovery. Moreover, pursuant to Local Rule 26-3, it is respectfully submitted the Parties' failure to request the instant extension of discovery twenty-one (21) days prior to the discovery cutoff was the result of excusable neglect. Specifically noting the failure to request the extension of this deadline was a mere oversight by the Parties. Bateman v. U.S. Postal Service, 231 F.3d 1220 (9th*

1

*Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a 4 (4) day extension will not impact a trial date because the same has not been scheduled; and 3) the requested extension is made in good faith by both Parties. Pioneer Investment Services v. Brunswick Associate's, Ltd., 507 U.S. 380, 395 (1993).*

I.  DISCOVERY COMPLETED

The parties have completed their discovery in this matter.

II. DISCOVERY REMAINING TO BE COMPLETED

The parties do not wish to extend the deadline for discovery. Rather this Proposed Stipulation seeks a short continuance of the deadline to submit the Parties' Joint Pre-Trial Order.

III. THE REASONS WHY THE DEADLINE WAS NOT SATISFIED

Ongoing trial preparation has been extensive. The parties have been working together on completion of their Joint Pre-Trial Order. However, the Thanksgiving Holiday has caused delay in the finalization of the same. As such, the parties submit this Stipulation and Order Seeking additional time for the filing of the Joint Pre-Trial Order.

IV. PROPOSED SCHEDULE FOR REMAINING DEADLINES:

Current Deadline for Submission of the Joint Pre-Trial Order: December 5, 2022.

Proposed Deadline for Submission of the Joint Pre-Trial Order: December 9, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

The parties have entered into this Stipulation in an effort to ensure that all potential trial witnesses and documents are accurately identified in the Joint Pre-Trial Order. It is not the intent of the parties to cause undue delay. No trial date has been scheduled.

DATED: December 5, 2022
**BACKUS, CARRANZA & BURDEN**

*/s/ Jacquelyn Franco*
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*

DATED: December 5, 2022
**THE SCHNITZER LAW FIRM**

*/s/ Jordan Schnitzer*
Jordan P. Schnitzer, Esq.
9205 W. Russell Rd. Suite 240
Las Vegas, NV 89148
Attorneys for Plaintiff
*Victor Sanchez*

**ORDER**

IT IS SO ORDERED.

DATED: 12-8-2022

_____
UNITED STATES MAGISTRATE JUDGE

3