Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
melissaroose@backuslaw.com
Attorneys for Defendant *Albertson's LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>　　　　　　　Defendant. | Case No.   2:19-cv-02017-JAD-VCF<br><br>**MOTION TO REMOVE MELISSA J. ROOSE, ESQ. AS COUNSEL OF RECORD FOR DEFENDANT** |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

　PLEASE TAKE NOTICE that Defendant, ALBERTSON'S LLC, by and through its counsel of record, JACK P. BURDEN, ESQ., JACQUELYN FRANCO, ESQ. and MELISSA J. ROOSE, ESQ. of **BACKUS | BURDEN** hereby provides notice that MELISSA J. ROOSE, ESQ. will no longer be affiliated with the law firm of **BACKUS | BURDEN** after January 20, 2023 and thus will no longer be associated as counsel of record for Defendant in this matter.

　As such, Defendant respectfully moves this Honorable Court for an Order removing MELISSA J. ROOSE, ESQ. as counsel of record in this matter with all parties to update their respective service lists, accordingly.

　JACK P. BURDEN, ESQ. and JACQUELYN FRANCO, ESQ. will continue to serve as counsel of record for Defendant ALBERTSON'S LLC in this action.

　All items including, but not limited to, pleadings, papers, correspondence, documents, and

future notices in this action shall continue to be directed to, and served on, JACK P. BURDEN, ESQ. and JACQUELYN FRANCO, ESQ. as counsel of record for Defendant.

Dated this 18th day of January 2023.

Respectfully Submitted,

**BACKUS | BURDEN**

By: _____/s/ Jack P. Burden_____
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____1-18-2023_____

**CERTIFICATE OF SERVICE**

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On January 18, 2023, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Jordan P. Schnitzer, Esq.<br>THE SCHNITZER LAW FIRM<br>9205 W. Russell Rd. Suite 240<br>Las Vegas, NV 89148<br>Jordan@theschnitzerlawfirm.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ CM/ECF Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/     Anne Raymundo
An employee of **BACKUS | BURDEN**