Jack P. Burden, Esq. (NSB 6918)
Shea M. Backus, Esq. (NSB 8361)
Jacquelyn Franco, Esq. (NSB 13484)
Dallin Knecht, Esq. (NSB 16263)
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
E: jburden@backuslaw.com
   sheabackus@backuslaw.com
   jacquelynfranco@backuslaw.com
   dallinknecht@backuslaw.com
*Attorneys for Defendant Albertson's LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR SANCHEZ,<br><br>                               Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company; DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>                               Defendant. | Case No.   **2:19-cv-02017-JAD-VCF**<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE**<br><br>ECF No. 201 |

Plaintiff VICTOR SANCHEZ, by and through his counsel of record Jordan Schnitzer, Esq, of The Schnitzer Law Firm and Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq., Shea Backus, Esq., Jacquelyn Franco, Esq, and Dallin Knecht, Esq., of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: _Septul 14_, 2023

DATED: _Sephnter 14_, 2023

**BACKUS | BURDEN**

Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
*Attorneys for Defendant Albertson's LLC*

**THE SCHNITZER LAW FIRM**

Jordan P. Schnitzer, Esq.
9205 W. Russell Rd. Suite 240
Las Vegas, NV 89148
T : 702.960.4050
F : 702.960.4092
Jordan@theschnitzerlawfirm.com
*Plaintiff Victor Sanchez*

## ORDER - 2:19-cv-02017-JAD-VCF

The parties have stipulated and agree to the dismissal of Defendant Albertson's Companies, Inc. in this matter as set forth in the stipulation, and good cause appearing:

IT IS HEREBY ORDERED that all claims that have been brought and/or could have been brought by Plaintiff against Defendant in the above-titled litigation are DISMISSED *WITH PREJUDICE*. This stipulated dismissal ***DOES*** resolve the entire matter. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

The Clerk of Court is instructed to CLOSE THIS CASE.

Dated this 19th day of September, 2023.

_____
U.S. DISTRICT COURT JUDGE JENNIFER A. DORSEY